# EXHIBIT E

US Patent No. 8,736,636

MEC Resources, LLC "MEC" provides evidence of infringement of claim 1 of U.S. Patent No. 8,736,636 (hereinafter "the '636 patent") by Magic Leap One, Inc. ("Magic Leap"). In support, MEC provides the following claim chart.

"Accused Instrumentalities" as used herein refers to at least the augmented reality technology designed, manufactured, marketed, offered for sale, and sold by Magic Leap under the designation Magic Leap 1 and any similar technology. The functionality of this system includes augmented reality functionality that infringes upon the '636 patent. This claim chart is exemplary and demonstrates Magic Leap's infringement and provides notice of such infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. This claim chart is not intended to constitute an expert report on infringement and is provided by way of example, only and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Magic Leap has not yet provided any non-public information. An analysis of Magic Leap's (or other third parties') technical documentation might assist in fully identifying all infringing features and functionality. MEC reserves its right to supplement this infringement analysis once such information is made available and upon issuance of a court order construing any terms recited in the '636 patent.

Unless otherwise noted, MEC contends that Magic Leap directly infringes the '636 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates such infringement. Unless otherwise noted, MEC further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Magic Leap makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 1 of the '636 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, MEC contends that each element of each claim asserted herein is literally met through Magic Leap's provision of the Accused Instrumentalities. To the extent, however, that Magic Leap attempts to allege that any asserted claim element is not literally met, MEC believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, MEC did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

US Patent No. 8,736,636

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, MEC asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claim. MEC reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Magic Leap. MEC also reserves the right to amend this infringement analysis by citing other claims of the '636 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. MEC further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**MEC Resources, LLC Preliminary Analysis of Infringement**

**Magic Leap 1** – A lightweight wearable computer that provides an immersive, world-aware experience that allows applications to integrate into the user's environment. It utilizes a heads-up display in a wearable headset, a powerful, lightweight computer with three core processors, and a handheld 6DoF controller. Each component is depicted in the image below:



**US Patent No. 8,736,636**

| | Magic Leap 1 |
|---|---|
| **Abstract:** A system and method for providing augmented reality (AR) information to a mobile communication terminal in a mobile communication system is provided. If the mobile communication terminal is determined to have entered a service cell providing AR information, the mobile communication terminal transmits an AR information request including position information to a server. Upon receiving the AR information request signal, the server determines AR information including at least one tag pattern provided in the service cell and information associated with the tag pattern and transmits the AR information to the mobile communication terminal. | Magic Leap has developed and sells the Magic Leap 1, which is a mobile communication terminal that implements systems and methods for providing augmented reality information to users.  https://www.magicleap.com/en-us (visited June 15, 2021) |

**US Patent No. 8,736,636**



https://developer.magicleap.com/en-us/learn/guides/developer-portal (visited June 15, 2021)

US Patent No. 8,736,636



https://developer.magicleap.com/en-us/learn/guides/developer-portal (visited June 15, 2021)

US Patent No. 8,736,636



https://developer.magicleap.com/en-us/learn/guides/unity-overview (visited June 15, 2021)

| Claim 1. A method for providing augmented reality (AR) information, the method comprising: | Magic Leap utilizes and encourages others to utilize a method for providing augmented reality information, consisting of data, images, and information rendered by a Magic Leap 1 device when a user runs apps on it. |
|---|---|

US Patent No. 8,736,636

| | |
|---|---|
| | As described by Magic Leap, the Magic Leap 1 is a "wearable spatial computer" that "understands corners, edges and surfaces, so the apps you use can interact with your surroundings."<br>"Lumin OS is a spatial operating system. It can recognize and understand different environments, power high fidelity visuals, and ensure content persists wherever you put it."<br><br>"Content stays where you put it. When Magic Leap 1 is in a space it's seen before, it can remember where you last put things. So the next time you visit, you can pick up where you left off."<br><br>https://www.magicleap.com/en-us/magic-leap-1 (visited May 4, 2020)<br><br><br><br>https://www.magicleap.com/en-us/magic-leap-1 (visited June 14, 2021)<br><br>Magic Leap 1 operates on a custom operating system created by Magic Leap, Inc. It allows development of apps using any one of several 3D engines, such as Unreal Engine, Unity, MagicScript, etc., to operate on the Magic Leap 1 and provide augmented reality information to users. |

US Patent No. 8,736,636



[https://developer.magicleap.com/en-us/learn/guides/lumin-os-overview](https://developer.magicleap.com/en-us/learn/guides/lumin-os-overview) (visited June 14, 2021)

| | |
|---|---|
| sending an AR information request comprising position information from a mobile communication terminal based on a determination that the mobile communication terminal has entered a service cell; | When a user logs in to their Magic Leap account using a Magic Leap 1 apparatus, the apparatus recognizes the user's surroundings and requests augmented reality information in accordance with the user's account. Such AR information is provided in accordance with the content persistence fundamentals described herein.<br><br>Magic Leap 1 is a spatial computer comprising a mobile communication terminal that knows where it is in space and is able to determine if it has entered a service cell.<br><br>The robust sensors of Magic Leap 1 enable it to determine position information that includes, at least in part, information derived from the Headpose in conjunction with the world coordinate |

US Patent No. 8,736,636

frame and Persistence, which allow it to determine when it has entered a service cell in which AR information is available.

This allows Magic Leap 1 to attach digital content to the real world, and allow such content to persist after closing, re-opening, or rebooting Magic Leap 1. It even permits users to share digital content between different devices.



https://developer.magicleap.com/en-us/learn/guides/design-spatial-computing (visited June 14, 2021)

US Patent No. 8,736,636



[https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview](https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview) (visited June 14, 2021)

US Patent No. 8,736,636

### Core Platform Features

**Digital Lightfield**

Our lightfield photonics generate digital light at different depths and blend seamlessly with natural light to produce lifelike digital objects that coexist with the real world. This advanced technology allows our brain to naturally process digital objects the same way we do real-world objects, making it comfortable over long periods of time.

**Lightpack**

The robust sensor suite on Magic Leap 1 detects surfaces, planes, and objects, allowing for digital reconstruction of your physical surroundings. The result is a system that sees what you see, allowing lightfield objects to not only exist in the physical world but to interact with it. Whether it's virtual displays sitting alongside the computer monitor on your desk or a virtual panda that climbs across your living room couch, visual perception with machine learning unlocks the power of spatial computing.

**Persistent Objects**

Our visual perception and room-mapping technology builds a digital replica of your physical environment to detect and store the locations of walls, surfaces, and objects. With this mapping, lightfield objects stay where you put them as they would in real life. Place a virtual TV on the wall above your fireplace and when you return later the TV be where you left it.

**Soundfield Audio**

To seem real, it must sound real. Our soundfield audio mimics the real world and relays distance and intensity with amazing quality. This lets you hear where each sound comes from, so you'll know the proximity of a virtual T-Rex as it stomps up behind you.

**High-powered Chipset**

Our integrated processing unit delivers high-fidelity, gaming-quality graphics with the power and performance of a laptop computer. From editing an elaborate 3D model to playing a first-person shooter in your living room, Magic Leap 1 produces lightfield objects in intricate detail, all on a highly responsive, self-contained wearable.

**Next Generation Interface**

We live and think in a 3D world, not on a flat screen. Our spatial interface includes multiple input modes, including voice, control rays, gesture, headpose, and eye tracking. This collective input system provides the tools to break free from the outdated conventions of point and click interfaces, delivering a more natural and intuitive way to interact with technology.

https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview (visited June 14, 2021)

US Patent No. 8,736,636



[https://developer.magicleap.com/en-us/learn/guides/content-persistence-fundamentals](https://developer.magicleap.com/en-us/learn/guides/content-persistence-fundamentals) (visited June 14, 2021)

**US Patent No. 8,736,636**

Persistence places a digital object in space by:

- assigning a position and rotation relative to the physical world
- retaining position and rotation regardless of the status of devices (turned on / off, app closed or rebooting Magic Leap 1 devices should not affect the users' perception: content is **always "there"**)
- allowing users to experience, interact with, share the same content, confirm it is "there", and acknowledge that everyone around witnesses the same phenomenon

## How it works

Persistence is based on the collaboration between two distinct components of Magic Leap 1: the Headpose and the Passable World.

### Headpose

Headpose monitors user movement in physical space by tracking the location of the device **with reference to the position where the device was turned on (world origin)**. If a device is turned on in an arbitrary position (x=0, y=0, z=0) and the user walks 1 unit on the x-axis, the final position of Headpose will be (1, 0, 0).

A side effect of Headpose is that Magic Leap 1 learns about the space around the user.

### Passable World

Passable World persists digital content and unifies real world data collected by multiple sessions and multiple devices.

The user's consent is required in order to collect such data.

Headpose **maps** the world around the user. Passable World decides whether spatial data sent by Headpose belong to previously stored and localized maps. The Passable World creates new maps and merges overlapping maps. The unification of data happens on the cloud.

### Persistent Coordinate Frames (PCFs)

https://developer.magicleap.com/en-us/learn/guides/content-persistence-fundamentals (visited June 14, 2021)

**US Patent No. 8,736,636**

## Headpose

Written for all engines   |   Last updated: October 24, 2018

**Headpose** is the term used to describe **position** and **orientation** of the Magic Leap 1 device in the real world.

The pose of the device is tracked against a **world coordinate frame** whose origin is the **position** of the device **when it was first turned on**, and whose **orientation** aligns with the **direction of gravity**. Any application that wants to stick virtual objects to the real world needs to use head tracking.

The head tracking system fuses **motion information** from our sensor suite using **visual observations** of natural features in the environment to compute a pose. If for any reason there are insufficient visual observations available to the headpose system (low light, low texture, occluded cameras, and so on.) it will fall into rotation-only (**3 DOF**) tracking mode. That is, it will only actively update the orientation of Magic Leap 1; the position reported by head tracking will remain locked. During this time, the head tracking system will actively try to search for visual observations in the environment and "relocalize" itself to its previously known position.

By making **continuous observations of the environment** from multiple views, the system is able to build a map of the area. The map plays a very critical role in the head tracking system – it is the reference against which the headpose is tracked. Additionally, it also provides the basis for **area learning, persistence and sharing**. The head tracking system will recognize when you enter an area that was previously mapped so that any virtual objects that were created in a previous session can be restored.

https://developer.magicleap.com/en-us/learn/guides/lumin-sdk-headpose (visited June 14, 2021)

US Patent No. 8,736,636

## Persistence

Written for all engines   |   Last updated: August 9, 2018

In the Landscape, content can be placed and persist just like physical objects within a space. From session to session, these apps will retain their location so you can decorate your home or environments as you please.

This allows for endless customization and minimizes the need for setup and additional user interface.

Current State of Persistence

On Magic Leap 1, content persistence is enabled by default, but the user can choose to disable it. When the user adds content to their Landscape within an established World Mesh, that content will persist across sessions. On bootup, Magic Leap 1 checks for a recognized World Mesh and will restore apps to their previous location, size, and state. The user is not required to take any actions to achieve this effect.

While the device is running, Magic Leap 1 continuously maps your surroundings to improve your saved locations — up to 5 maps. It also checks for new locations. If the localization process fails on bootup, the user will still have the option to restore their last session and retrieve their content with their apps floating in front of them.

https://developer.magicleap.com/en-us/learn/guides/design-persistence (visited June 14, 2021)

US Patent No. 8,736,636

| | |
|---|---|
| | **Persistent Coordinate Frames**<br><br>Written for all engines  |  Last updated: October 13, 2019<br><br>A Persistent Coordinate Frame (PCF) is a local coordinate frame that allows you to place content in the physical world and have it stay in the same place without any drift across multiple user sessions. As the Magic Leap 1 gains a better understanding of its environment, PCFs are automatically adjusted so any content placed relative to a PCF maintains its exact position in the real world.<br><br>**Persistence**<br><br>Whenever the Magic Leap 1 recognizes that it is in a space it has seen before, any PCFs placed in the space are restored. In this manner, any content placed relative to a PCF can be persisted across multiple reboots. The Magic Leap platform automatically synchronizes PCFs amongst users who are in the same space, so multiple users can see the same content in the same physical location.<br><br>**Automatic Management**<br><br>PCFs are created and managed automatically by the Magic Leap platform, so an app does not need to do anything special to make, save or restore a PCF. PCFs are automatically restored in the correct location whenever the device recognizes that it is in a space previously mapped. For the best fidelity, we recommend that apps use PCFs that are within 4 to 5 meters from where they want to place content, and that apps reattach content to the closest PCF when the content is moved.<br><br>https://developer.magicleap.com/en-us/learn/guides/persistent-coordinate-frames (visited June 14, 2021) |
| receiving the AR information in the service cell in the mobile communication terminal; and | Upon processing a request for AR information, the Magic Leap 1 receives the requested information which is pertinent to the then current world coordinate frame and service cell in which the user is found.<br><br>The Magic Leap 1 receives the AR information in the mobile information terminal by way of the Light Pack—"the engine that drives our spatial computing platform." |

US Patent No. 8,736,636

| | |
|---|---|
| |  https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview (visited June 14, 2021) <br><br> As noted above, persistence allows users to place digital content in their physical environment and stay where the user puts it even when the app has been closed or the Magic Leap 1 has been rebooted. On bootup, the Magic Leap 1 will check for a recognized World Mesh and restore app to their previous location, size, and state. To carry out such restoring, the Magic Leap 1 must receive AR information in the service cell. |
| storing the received AR information in the mobile communication terminal, | The Magic Leap 1 contains persistent and RAM storage that allows it to store the received AR information. |

US Patent No. 8,736,636



https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-hardware-specifications
(visited June 14, 2021)

The following is by way of example only, when utilizing Unity software with Lumin OS, the application must locally store the location and position of the received AR information.

US Patent No. 8,736,636

## Content Persistence: Local - Unity

Written for Unity (v0.23.0)  |  Last updated: February 26, 2020

This tutorial explores how to implement **Content Persistence** with Unity® Software. Content persistence lets you:

- Attach digital content to the real world
- Persist digital content when you close an app or reboot Magic Leap 1
- Share spatialized digital content with other users and devices (multi-user experiences)

Combined with World Reconstruction, Content Persistence is essential to many spatialized experiences. While world reconstruction replicates aspects of the physical world, persistence "places" digital content in physical space as if digital is real.

As a developer, you can use content persistence to do the following:

- Assign position and rotation to digital content in relation with the real world.
- Retain position and rotation independent of a specific Magic Leap 1 device.
- Let different users experience, interact with, and share the same content.

### What you will learn

You will learn to include content persistence in an app. Specifically, you will:

- Apply the **MLPersistentBehavior** component to an app.
- **Locally store** (on-device) the position and rotation of digital content.
- Retrieve position and rotation **after reopening the app or rebooting Magic Leap 1**.
- View the digital content in the same place.

https://developer.magicleap.com/en-us/learn/guides/persistence-tutorial-local-unity (visited June 14, 2021)

| | |
|---|---|
| wherein an amount of AR information available in a plurality of service cells in a service area is determined and | Magic Leap 1 uses features such as world coordinate frame, persistent coordinate frames, and headpose to manage service areas and manage the AR information available within a plurality of service cells that the Magic Leap 1 might enter. |

US Patent No. 8,736,636

| | |
|---|---|
| the AR information is managed in each service cell, and | Persistence requires that Magic Leap determine the amount of AR information available within each service cell.<br><br>As noted above, persistence allows users to place digital content in their physical environment and stay where the user puts it even when the app has been closed or the Magic Leap 1 has been rebooted. On bootup, the Magic Leap 1 will check for a recognized World Mesh and restore digital content to its previous location, size, and state. To carry out such restoring, the Magic Leap 1 must determine the amount to AR information available in a plurality of service cells in a service area and the AR information must be managed in each service cell<br><br>In addition to AR information stored by and available to a specific user, the Magic Leap 1 can make AR information available across users when a user elects to use the Shared World (Beta). In such a situation, AR information is available across additional service cells, and the amount of AR information available is determined and managed.<br><br><br><br>https://developer.magicleap.com/en-us/learn/guides/shared-world-faq (visited June 14, 2021) |
| wherein the layout of the plurality of service cells in the service area is divided according to the amount of the AR | As noted above, persistence allows users to place digital content in their physical environment and stay where the user puts it even when the app has been closed or the Magic Leap 1 has been rebooted. On bootup, the Magic Leap 1 will check for a recognized World Mesh and restore digital content to its previous location, size, and state. |

US Patent No. 8,736,636

| | |
|---|---|
| information available in each of the service cells. | The layout of service cells in the service area of the Magic Leap 1 is divided according to the amount of AR information available in each of the service cells as demonstrated by the Magic Leap 1's use of the World Mesh, the Passable World, and Persistent Coordinate Frames. The Magic Leap 1's ability to recognize whether spatial data belongs to a previously stored and localized map, to create new maps to which spatial data will belong, and to manage overlapping maps demonstrates that the Magic Leap 1 divides the layout of service cells according to the amount of AR information available in each service cell.<br><br>This process is further described and exemplified in Magic Leap's discussion of how mapping works within the Lumin OS. The following screen capture is a limited, exemplary portion of such discussion provided by Magic Leap.<br><br><br><br>https://developer.magicleap.com/en-us/learn/guides/leap-lumin-os-perception at 21:54 (visited June 14, 2021) |