# EXHIBIT F

US Patent No. 8,874,673

MEC Resources, LLC "MEC" provides evidence of infringement of claim 1 of U.S. Patent No. 8,874,673 (hereinafter "the '673 patent") by Magic Leap One, Inc. ("Magic Leap"). In support, MEC provides the following claim chart.

"Accused Instrumentalities" as used herein refers to at least the augmented reality technology designed, manufactured, marketed, offered for sale, and sold by Magic Leap under the designation Magic Leap 1 and any similar technology. The functionality of this system includes augmented reality functionality that infringes upon the '673 patent. This claim chart is exemplary and demonstrates Magic Leap's infringement and provides notice of such infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. This claim chart is not intended to constitute an expert report on infringement and is provided by way of example, only and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Magic Leap has not yet provided any non-public information. An analysis of Magic Leap's (or other third parties') technical documentation might assist in fully identifying all infringing features and functionality. MEC reserves its right to supplement this infringement analysis once such information is made available and upon issuance of a court order construing any terms recited in the '673 patent.

Unless otherwise noted, MEC contends that Magic Leap directly infringes the '673 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates such infringement. Unless otherwise noted, MEC further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Magic Leap makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 1 of the '673 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, MEC contends that each element of each claim asserted herein is literally met through Magic Leap's provision of the Accused Instrumentalities. To the extent, however, that Magic Leap attempts to allege that any asserted claim element is not literally met, MEC believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, MEC did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

US Patent No. 8,874,673

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, MEC asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claim. MEC reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Magic Leap. MEC also reserves the right to amend this infringement analysis by citing other claims of the '673 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. MEC further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

### MEC Resources, LLC Preliminary Analysis of Infringement

**Magic Leap 1** – A lightweight wearable computer that provides an immersive, world-aware experience that allows applications to integrate into the user's environment. It utilizes a heads-up display in a wearable headset, a powerful, lightweight computer with three core processors, and a handheld 6DoF controller. Each component is depicted in the image below:



US Patent No. 8,874,673

| | Magic Leap 1 |
|---|---|
| **Abstract:** A method for performing a communication using a virtual object includes displaying a dynamic virtual object on a display screen; identifying the dynamic virtual object in response to a selection input; determining a target to which the identified dynamic virtual object is to be transmitted; and performing a communication using the identified dynamic virtual object. A terminal to communicate using a virtual object includes a virtual object providing unit to provide a dynamic virtual object on a display screen; a virtual object managing unit to store the dynamic virtual object and target information of a target corresponding to the dynamic virtual object; a virtual object selection unit to select the dynamic virtual object in response to a selection input; and a channel establishing unit to establish a communication channel with the target using the dynamic virtual object. | Magic Leap has developed and sells the Magic Leap 1, which is a mobile communication terminal that implements systems and methods for providing augmented reality information to users.<br><br><br><br>https://www.magicleap.com/en-us (visited June 15, 2021) |

US Patent No. 8,874,673



US Patent No. 8,874,673



https://developer.magicleap.com/en-us/learn/guides/developer-portal (visited June 15, 2021)

**US Patent No. 8,874,673**



https://developer.magicleap.com/en-us/learn/guides/unity-overview (visited June 15, 2021)

US Patent No. 8,874,673



[https://www.magicleap.com/en-us](https://www.magicleap.com/en-us) (visited June 15, 2021)

| **Claim 8:** A method for communicating using a virtual object, comprising: | Magic Leap has developed and sells the Magic Leap 1, which is a device that allows for communicating using virtual objects. |
| --- | --- |

US Patent No. 8,874,673



US Patent No. 8,874,673

Magic Leap 1 allows users to view computer-generated imagery in their real-world surroundings. Thus, it uses a method for provided augmented reality information.

Magic Leap 1 is a "wearable spatial computer" that "understands corners, edges and surfaces, so the apps you use can interact with your surroundings."

"When Magic Leap 1 is in a space it's seen before, it can remember where you last put things. So the next time you visit, you can pick up where you left off."

https://www.magicleap.com/en-us/magic-leap-1 (last visited May 4, 2020)



https://web.archive.org/web/20200508002547if_/https://www.magicleap.com/en-us/magic-leap-1 (visited June 15, 2021)

US Patent No. 8,874,673



https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview (visited June 14, 2021)

US Patent No. 8,874,673



https://www.magicleap.com/en-us (visited June 15, 2021)

| generating an augmented environment by combining a real environment with a virtual environment, the virtual environment comprising one or more dynamic virtual objects; | Magic Leap 1 generates an augmented environment by combining a real environment with a virtual environment, and the virtual environment comprises one or more dynamic virtual objects. <br><br> Descriptions of how Magic Leap 1 generates an augmented environment are explained by Magic Leap's description of Spatial Computing and how it operates on the Magic Leap 1. Examples of Magic Leap 1 generating an augmented environment are demonstrated by the below images from and descriptions of a few Magic Leap 1 applications. |
| --- | --- |

US Patent No. 8,874,673



US Patent No. 8,874,673

Mixed reality brings digital objects into the real world.

Digital content can lend more meaning and richness to the way people encounter and experience the real world.

Experiences respond to the world around you.

Digital artifacts recognize and interact with the real world, enabling new modes of storytelling paired with magical, immersive experiences. This allows data—labels, cues, and instructions to be connected with real-world objects in fluid and compelling ways.

Re-imagine your environment.

A blank wall becomes a video screen to display the latest blockbuster movie, family memories, or the home team's match. A tabletop becomes a dynamic landscape or a virtual pub table to meet up with friends. An empty space becomes a three-dimensional sculpture, allowing you to interact with art in unexpected and magical ways. The possibilities are endless.

Let digital objects respect real-world rules.

You can engage with a digital object from any angle, walk around it, or let it fall to the floor and roll beneath furniture. You determine whether objects follow or deliberately bend real-world rules like physics to build convincing experiences and perform digital magic.

Your digital life exists in the physical world, extending it beyond the computer screen.

You can bring personal digital content into the physical world. No longer confined to a screen, you can meld your digital life with the space around you, enabling persistent and expansive experiences.

New types of sharing and social interactivity are possible.

You can see and interact with shared digital objects, and remote friends or colleagues can have a presence in your living room.

This is a new kind of human-computer interactivity, one we're all exploring together. We're delighted to have you along on the journey.

https://developer.magicleap.com/en-us/learn/guides/design-spatial-computing (visited June 15, 2021)

US Patent No. 8,874,673



https://developer.magicleap.com/en-us/learn/guides/design-why-magic-leap (visited June 15, 2021)

**US Patent No. 8,874,673**



https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 2, 2021)

US Patent No. 8,874,673



https://world.magicleap.com/en-us/details/com.magicleap.invaders (visited June 2, 2021)

US Patent No. 8,874,673

| | |
|---|---|
| | <br>https://www.magicleap.com/en-us (visited June 15, 2021) |
| displaying the augmented environment; | As demonstrated above, Magic Leap 1 displays the augmented environment via the Magic Leap 1 headset, which is called Lightwear. |

US Patent No. 8,874,673



https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview (visited June 15, 2021)

| receiving an object selection input, the object selection input | A Magic Leap 1 receives an object selection input corresponding to a first dynamic virtual object among the dynamic virtual objects. As demonstrated below, Magic Leap 1 allows multiple ways |

US Patent No. 8,874,673

| corresponding to a first dynamic virtual object among the dynamic virtual objects; | to input selections, which in correspond to a first dynamic virtual object among the virtual objects. By way of example only, and as depicted below, launching an app from the home screen of a Magic Leap 1 requires receiving an object selection input corresponding to a first dynamic virtual object among the dynamic virtual objects. Similarly, consumer and enterprise apps employ and/or require the same or similar step of receiving an object selection input.  |

US Patent No. 8,874,673

| | https://developer.magicleap.com/en-us/learn/guides/design-input-methods-overview (visited June 15, 2021)  https://developer.magicleap.com/en-us/learn/guides/bp-for-art-and-animation (visited June 15, 2021) |
|---|---|

**US Patent No. 8,874,673**

## Texturing

- **Normal maps** still used and helpful for close-up detail
- **Physically based rendering** (PBR) used for Magic Leap 1 projects
- **Bright Colors** colors usually work better – darker colors become translucent. If you need to render dark colors, use contrast like backlight, shadow, or halo.
- **Busy textures** are better than solid colors

## Mesh

- **Poly count**: Designers may want to use a **higher poly count** for objects since there is the potential for users to move closer to an object. Ultimately, the decision is still dependent on the end goal and desired look. Consider also using poly count to distinguish between hero objects and background objects.
- **Lowpoly+**: At Magic Leap, we use the term Lowpoly+ for objects that would have been fairly lowpoly in the past. For Magic Leap 1, we recommend added **bevels** on edges which give the illusion of a **higher fidelity** asset while keeping the cost low.

## Visual Fidelity

- With fewer objects comprising scenes in general, be liberal with spending **extra polygon** and texture resolution on assets. **Detail and intricacy** really shine on Magic Leap 1; objects suddenly become **incredibly** fascinating on the platform.

## Animating

- Perception of motion in spatial computing differs from traditional mediums; moving objects tend to be more difficult to follow. Consider slowing down the **pacing** of your animation to allow the user to better **read motion** and **follow your story**.
- Using "**bread crumb**" type effects, such as **particle trails**, is a great way to help your user track objects.

https://developer.magicleap.com/en-us/learn/guides/bp-for-art-and-animation (visited June 15, 2021)

**US Patent No. 8,874,673**



### Using Apps in Lumin OS

**Launching an App**

After starting Magic Leap 1, you log in and are brought into your current Landscape. Just like an organized (or messy) room, your Landscape Apps will be where you left them in your space.

Pressing the Home button on the Magic Leap 1 Control reveals the Launcher in the middle of your view. The Launcher displays available apps represented by icons. Selecting an icon dismisses the launcher and launches the app.

https://developer.magicleap.com/en-us/learn/guides/design-using-luminos (visited June 15, 2021)

US Patent No. 8,874,673

| | |
|---|---|
| | **Additional Tips:**<br><br>• **View Launcher**: Hold down the **Home** button to return to Launcher, the home screen for Magic Leap 1. From here you can launch apps and manage Magic Leap 1 apps and settings.<br><br>• **Launch Apps**: Highlight an app from the Launcher using the Control pointer or swiping on the touchpad, and press the trigger to select it. For Landscape apps, you can then position the app in your space using the touchpad.<br><br>• **Close Apps**: Magic Leap 1 has two app types. While developers can define different ways to exit or close, the standard way to close depends on the app type:<br><br>    • **Landscape**: Landscape apps like Gallery and Screens can share space with other Landscape apps. To close a Landscape app, look at it or point at it using the Control pointer, hold down the Control bumper to view options, and then select **Close**. Double-tap the bumper to quick-close the selected app.<br><br>    • **Immersive**: Immersive apps like Create or Dr. Gordbort's Invaders use your entire space. To close an Immersive app, hold down the Home button on the Control to pause the experience and open Launcher. In Launcher with the app selected, press the touchpad "down" (towards you) to open options and select **X** to close the app.<br><br>• **Delete Apps**: From the Launcher with the app selected, press the touchpad "down" (towards you) to open options and select the **Trashcan** icon to delete the app.<br><br>• **Capture Image or Video**: Want to share what you're seeing? Hold down the Home button and tap the bumper to take a photo. To start recording video, while holding down **Home** hold down the bumper for a long tap - 300 milliseconds, to be precise.<br><br>https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-quick-start (visited June 15, 2021) |
| receiving a selection of a target using the first dynamic virtual object; and establishing a communication channel with the target through the first dynamic virtual object, and transmitting the first dynamic virtual object to the target; | Magic Leap through the Magic Leap 1 receives a selection of a targe using the first dynamic virtual object and establishes a communication channel with the target through the first dynamic virtual object and transmits the first dynamic virtual object to the target. As demonstrated by the examples below, Magic Leap 1 allows users to select from multiple apps and to interact with digital artifacts withing multiple apps. |

US Patent No. 8,874,673

Giving digital content a sophisticated awareness of the user's physical and social worlds creates opportunities for never-before-possible experiences.

**Mixed reality brings digital objects into the real world.**

Digital content can lend more meaning and richness to the way people encounter and experience the real world.

**Experiences respond to the world around you.**

Digital artifacts recognize and interact with the real world, enabling new modes of storytelling paired with magical, immersive experiences. This allows data—labels, cues, and instructions to be connected with real-world objects in fluid and compelling ways.

**Re-imagine your environment.**

A blank wall becomes a video screen to display the latest blockbuster movie, family memories, or the home team's match. A tabletop becomes a dynamic landscape or a virtual pub table to meet up with friends. An empty space becomes a three-dimensional sculpture, allowing you to interact with art in unexpected and magical ways. The possibilities are endless.

**Let digital objects respect real-world rules.**

You can engage with a digital object from any angle, walk around it, or let it fall to the floor and roll beneath furniture. You determine whether objects follow or deliberately bend real-world rules like physics to build convincing experiences and perform digital magic.

**Your digital life exists in the physical world, extending it beyond the computer screen.**

You can bring personal digital content into the physical world. No longer confined to a screen, you can meld your digital life with the space around you, enabling persistent and expansive experiences.

**New types of sharing and social interactivity are possible.**

You can see and interact with shared digital objects, and remote friends or colleagues can have a presence in your living room.

This is a new kind of human-computer interactivity, one we're all exploring together. We're delighted to have you along on the journey.

Discover Magic Leap 1

https://developer.magicleap.com/en-us/learn/guides/design-spatial-computing (June 15, 2021)

US Patent No. 8,874,673

**Multiple Apps**



You can launch and position multiple Landscape Apps in your Landscape. You can also launch and position multiple instances of the same Landscape App. This allows you to work with multiple Landscape Apps at the same time. At any time, you can open the Launcher by double-pressing the Home button, select a new Landscape App, and place it within the Landscape. These apps are persistent, staying open across multiple sessions.

As more and more apps get added to the Landscape, you might find yourself wanting to rearrange them to reduce clutter. Looking at an app or pointing at it with the control then pressing the trigger puts the app in head-lock mode, letting you move it.

You can only use one app at a time. The app that you are currently interacting with is active, while all others are deactivated. When deactivated, they are still visible. Generally speaking, deactivated apps hide some of the busier parts of their user interface, minimizing clutter in the Landscape.

https://developer.magicleap.com/en-us/learn/guides/design-using-luminos (visited June 15, 2021)

**US Patent No. 8,874,673**

## Unity WebRTC Guide

Written for Unity (v0.25.0)   |   Last updated: February 8, 2021

### What is WebRTC?

WebRTC (Web Real-Time Communication) is a technology which enables applications to capture and optionally stream audio and/or video media, as well as to exchange arbitrary data between apps without requiring an intermediary. The set of standards that comprise WebRTC makes it possible to share data and perform teleconferencing peer-to-peer, without requiring that the user install plug-ins or any other third-party software.

### What is MLWebRTC?

MLWebRTC is a group of APIs written in C#, and shipped with the Magic Leap Unity SDK, which provides a subset of WebRTC features implemented for the Lumin OS. The API intends to reduce the barrier of entry for developers, when compared to the WebRTC C++ open framework, by providing a much more simplified interface and helper implementations for streaming camera and audio input and output.

The MLWebRTC APIs provide classes for creating Peer Connections, Audio & Video Media Streams and Data Channel. The underlying implementations use hardware accelerated codecs to provide the best possible experience for users to leverage real-time communication capabilities on the Magic Leap device.

https://developer.magicleap.com/en-us/learn/guides/unity-webrtc-guide (visited June 15, 2021)

US Patent No. 8,874,673

## Casting

Written for C API, Lumin Web, Lumin Runtime, Unity, Unreal Engine (v0.0.0)   |   Last updated: July 26, 2018

**To show an experience to other Magic Leap users, you may Cast your Lumin Runtime App to them.**

During a Cast, users can view the same digital content at the same time while using different Magic Leap 1 devices. Casting is separate from the traditional idea of media sharing, which only sends content to your social networks, while Casting allows users to experience Magic Leap content simultaneously. Media sharing will be made available soon and may be referenced in Gallery.

Casting lets a user show content to another user from Lumin Runtime Apps. A user may Cast to another user while they both occupy the same space. For a user to Cast, you must have no other Cast open.

As a viewer you will not be able to interact with or provide input to the Casted content. Viewers will be able to see content from all apps which support Casting and do not need to have the app being Cast installed on their device. It should be noted that video content is currently not supported and content shown during a Cast will be lost once the Cast has ended.

https://developer.magicleap.com/en-us/learn/guides/design-casting (visited June 15, 2021)

US Patent No. 8,874,673



## Improving maintenance processes end-to-end

Jabil is innovating quality assurance and maintenance processes with the help of AR solutions on Magic Leap 1. Manifest by Taqtile gives frontline workers access to step-by-step guidance from experienced technicians and trainers anytime, anywhere. Jabil is using the AR solution to solve some of the inefficiencies of manually driven processes. Live video streaming between frontline workers and remote experts can result in less operational downtime, more efficient audits, and quicker resolution of non-conformance issues.

"Since implementing Magic Leap's technology we have seen significant improvements in frontline efficiencies."

Kenny Wilson
EVP, Jabil and CEO, Jabil Green Point

 Travel cost savings resulting from remote assist collaboration.

Credit: Jabil

https://www.magicleap.com/en-us (visited June 15, 2021)

| if the dynamic virtual object is identified by the selection input, determining whether a preset communication channel is associated with the dynamic virtual object, | Once a virtual object is identified by an input, Magic Leap 1 determines whether a preset communication channel is associated with the dynamic virtual object.<br><br>This determination is shown, by way of example only and without limitation, through persistence, WebRTC, Casting, and other examples only some of which are described herein. By way of example only and without limitation, persistence requires that the Magic Leap 1 determine whether a preset communication channel is associated with the dynamic virtual object. |
|---|---|

US Patent No. 8,874,673



US Patent No. 8,874,673

| | |
|---|---|
| | In the Landscape, content can be placed and persist just like physical objects within a space. From session to session, these apps will retain their location so you can decorate your home or environments as you please.<br><br>This allows for endless customization and minimizes the need for setup and additional user interface.<br><br>Current State of Persistence<br><br>On Magic Leap 1, content persistence is enabled by default, but the user can choose to disable it. When the user adds content to their Landscape within an established World Mesh, that content will persist across sessions. On bootup, Magic Leap 1 checks for a recognized World Mesh and will restore apps to their previous location, size, and state. The user is not required to take any actions to achieve this effect.<br><br>While the device is running, Magic Leap 1 continuously maps your surroundings to improve your saved locations — up to 5 maps. It also checks for new locations. If the localization process fails on bootup, the user will still have the option to restore their last session and retrieve their content with their apps floating in front of them.<br><br>https://developer.magicleap.com/en-us/learn/guides/design-persistence (visited June 15, 2021) |

**US Patent No. 8,874,673**



https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 15, 2021)

US Patent No. 8,874,673

| | |
|---|---|
| | CNN on Magic Leap 1 gives you the power to dig deeper into topics you care about through a robust Live TV and video experience in mixed reality.<br><br>Welcome to the CNN app on Magic Leap 1, a revolutionary, immersive news-watching experience that brings together Live TV, CNN shows and digital exclusives with unprecedented features in mixed reality:<br><br>• Spawn, move and resize digital video screens to create the perfect viewing experience for your space<br>• Quickly and easily manage the content and audio of each screen<br>• Go deeper and learn more about the stories that interest you with a vast inventory of video<br>• Enjoy clips of the top, trending and world news of the day, in addition to our most popular content On Demand, including CNN shows and Original Series.<br><br>We are constantly innovating and will be releasing new features soon that further showcase the immersive capabilities in spatial computing to give users more opportunities to explore, experience and engage with bolder forms of storytelling in mixed reality.<br><br>https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 15, 2021) |
| wherein, if the preset communication channel is associated with the dynamic virtual object, the preset communication channel is established as the communication channel with the target, and, | If a preset communication channel is associated with the dynamic virtual object, the preset communication channel is established as the communication channel with the target.<br><br>This use of a preset communication channel is demonstrated, at least in part, by the persistence described in the limited examples described herein. |

US Patent No. 8,874,673

|  | In the Landscape, content can be placed and persist just like physical objects within a space. From session to session, these apps will retain their location so you can decorate your home or environments as you please.<br><br>This allows for endless customization and minimizes the need for setup and additional user interface.<br><br>Current State of Persistence<br><br>On Magic Leap 1, content persistence is enabled by default, but the user can choose to disable it. When the user adds content to their Landscape within an established World Mesh, that content will persist across sessions. On bootup, Magic Leap 1 checks for a recognized World Mesh and will restore apps to their previous location, size, and state. The user is not required to take any actions to achieve this effect.<br><br>While the device is running, Magic Leap 1 continuously maps your surroundings to improve your saved locations — up to 5 maps. It also checks for new locations. If the localization process fails on bootup, the user will still have the option to restore their last session and retrieve their content with their apps floating in front of them. |
|  | https://developer.magicleap.com/en-us/learn/guides/design-persistence (visited June 15, 2021) |

**US Patent No. 8,874,673**



https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 15, 2021)

**US Patent No. 8,874,673**

CNN on Magic Leap 1 gives you the power to dig deeper into topics you care about through a robust Live TV and video experience in mixed reality.

Welcome to the CNN app on Magic Leap 1, a revolutionary, immersive news-watching experience that brings together Live TV, CNN shows and digital exclusives with unprecedented features in mixed reality:

• Spawn, move and resize digital video screens to create the perfect viewing experience for your space
• Quickly and easily manage the content and audio of each screen
• Go deeper and learn more about the stories that interest you with a vast inventory of video
• Enjoy clips of the top, trending and world news of the day, in addition to our most popular content On Demand, including CNN shows and Original Series.

We are constantly innovating and will be releasing new features soon that further showcase the immersive capabilities in spatial computing to give users more opportunities to explore, experience and engage with bolder forms of storytelling in mixed reality.

https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 15, 2021)

US Patent No. 8,874,673

| | |
|---|---|
| | <br><br>https://www.magicleap.com/en-us (visited June 15, 2021) |
| if the preset communication channel is not associated with the dynamic virtual object, a new communication channel is established as the communication channel with the target designated by a user. | If a Magic Leap 1 determines that the preset communication channel is not associated with the dynamic virtual object, the Magic Leap 1 will establish a new communication channel is with the target designated by a user.<br><br>As demonstrated by the examples described herein, persistence of applications across Magic Leap 1 boot-up sessions and across Magic Leap 1 devices as well as the ability to communicate across devices and/or users demonstrates the establishing of new communication channels. By way of example only and without limitation, when a user selects an app for the first time, such as the CNN app described above or establishes a connection with another user such with WebRTC, casting, or the maintenance apps as described above, Magic Leap 1 must determine whether a |

US Patent No. 8,874,673

| | channel is associated with the dynamic virtual object and must establish a new communication channel. |
|---|---|