# EXHIBIT G

US Patent No. 8,793,770

MEC Resources, LLC "MEC" provides evidence of infringement of claim 1 of U.S. Patent No. 8,793,770 (hereinafter "the '770 patent") by Magic Leap One, Inc. ("Magic Leap"). In support, MEC provides the following claim chart.

"Accused Instrumentalities" as used herein refers to at least the augmented reality technology designed, manufactured, marketed, offered for sale, and sold by Magic Leap under the designation Magic Leap 1 and any similar technology. The functionality of this system includes augmented reality functionality that infringes upon the '770 patent. This claim chart is exemplary and demonstrates Magic Leap's infringement and provides notice of such infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Instrumentalities. This claim chart is not intended to constitute an expert report on infringement and is provided by way of example, only and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Magic Leap has not yet provided any non-public information. An analysis of Magic Leap's (or other third parties') technical documentation might assist in fully identifying all infringing features and functionality. MEC reserves its right to supplement this infringement analysis once such information is made available and upon issuance of a court order construing any terms recited in the '770 patent.

Unless otherwise noted, MEC contends that Magic Leap directly infringes the '770 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates such infringement. Unless otherwise noted, MEC further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Magic Leap makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 1 of the '770 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, MEC contends that each element of each claim asserted herein is literally met through Magic Leap's provision of the Accused Instrumentalities. To the extent, however, that Magic Leap attempts to allege that any asserted claim element is not literally met, MEC believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, MEC did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

US Patent No. 8,793,770

     To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, MEC asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claim. MEC reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Magic Leap. MEC also reserves the right to amend this infringement analysis by citing other claims of the '770 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. MEC further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**MEC Resources, LLC Preliminary Analysis of Infringement**

**Magic Leap 1** – A lightweight wearable computer that provides an immersive, world-aware experience that allows applications to integrate into the user's environment. It utilizes a heads-up display in a wearable headset, a powerful, lightweight computer with three core processors, and a handheld 6DoF controller. Each component is depicted in the image below:



US Patent No. 8,793,770

| **Magic Leap 1** | |
|---|---|
| **Abstract:** A method for authorizing use of Augmented Reality (AR) information includes acquiring information regarding a location at which the AR information is to be provided, authorizing a user to use the AR information, creating attribute information including the AR information, the location information, and authority information, and transmitting the attribute information to an AR system. The AR system can register the attribute information, and can provide the AR information only to authorized users. An apparatus to authorize use of Augmented Reality (AR) information includes a location information acquiring unit, an authorization unit to authorize a user to use the AR information, and an AR information processor to create attribute information. The attribute information is transmitted to an AR system as a request for the AR system to register the attribute information so the AR | Magic Leap has developed and sells the Magic Leap 1, which is a mobile communication terminal that implements systems and methods for providing augmented reality information to users.<br><br><br><br>https://www.magicleap.com/en-us (visited June 15, 2021) |

**US Patent No. 8,793,770**

| | |
|---|---|
| system provides the AR information only to authorized users. |  |
| | https://developer.magicleap.com/en-us/learn/guides/developer-portal (visited June 15, 2021) |

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/developer-portal (visited June 15, 2021)

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/unity-overview (visited June 15, 2021)

| Claim 1. A method for authorizing use of Augmented Reality (AR) information, comprising: | Magic Leap 1 utilizes a method for authorizing use of augmented reality information.<br><br>Magic Leap 1 authorizes users to access and utilize many different apps as consumers or enterprise users, and through private apps or public apps. |
| --- | --- |

US Patent No. 8,793,770



US Patent No. 8,793,770



https://www.magicleap.com/en-us/about (visited June 15, 2021)

US Patent No. 8,793,770



**US Patent No. 8,793,770**

Mixed reality brings digital objects into the real world.

Digital content can lend more meaning and richness to the way people encounter and experience the real world.

Experiences respond to the world around you.

Digital artifacts recognize and interact with the real world, enabling new modes of storytelling paired with magical, immersive experiences. This allows data—labels, cues, and instructions to be connected with real-world objects in fluid and compelling ways.

Re-imagine your environment.

A blank wall becomes a video screen to display the latest blockbuster movie, family memories, or the home team's match. A tabletop becomes a dynamic landscape or a virtual pub table to meet up with friends. An empty space becomes a three-dimensional sculpture, allowing you to interact with art in unexpected and magical ways. The possibilities are endless.

Let digital objects respect real-world rules.

You can engage with a digital object from any angle, walk around it, or let it fall to the floor and roll beneath furniture. You determine whether objects follow or deliberately bend real-world rules like physics to build convincing experiences and perform digital magic.

Your digital life exists in the physical world, extending it beyond the computer screen.

You can bring personal digital content into the physical world. No longer confined to a screen, you can meld your digital life with the space around you, enabling persistent and expansive experiences.

New types of sharing and social interactivity are possible.

You can see and interact with shared digital objects, and remote friends or colleagues can have a presence in your living room.

This is a new kind of human-computer interactivity, one we're all exploring together. We're delighted to have you along on the journey.

https://developer.magicleap.com/en-us/learn/guides/design-spatial-computing (visited June 15, 2021)

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/design-why-magic-leap (visited June 15, 2021)

**US Patent No. 8,793,770**



[https://auth.magicleap.com/](https://auth.magicleap.com/) (visited June 15, 2021)

**US Patent No. 8,793,770**



https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-quick-start (visited June 15, 2021)

**US Patent No. 8,793,770**

| | |
|---|---|
| | **Additional Tips** <br><br> • **View Launcher**: Hold down the **Home** button to return to Launcher, the home screen for Magic Leap 1. From here you can launch apps and manage Magic Leap 1 apps and settings. <br><br> • **Launch Apps**: Highlight an app from the Launcher using the Control pointer or swiping on the touchpad, and press the trigger to select it. For Landscape apps, you can then position the app in your space using the touchpad. <br><br> • **Close Apps**: Magic Leap 1 has two app types. While developers can define different ways to exit or close, the standard way to close depends on the app type: <br><br>   • **Landscape**: Landscape apps like Gallery and Screens can share space with other Landscape apps. To close a Landscape app, look at it or point at it using the Control pointer, hold down the Control bumper to view options, and then select **Close**. Double-tap the bumper to quick-close the selected app. <br><br>   • **Immersive**: Immersive apps like Create or Dr. Gordbort's Invaders use your entire space. To close an Immersive app, hold down the Home button on the Control to pause the experience and open Launcher. In Launcher with the app selected, press the touchpad "down" (towards you) to open options and select **X** to close the app. <br><br> • **Delete Apps**: From the Launcher with the app selected, press the touchpad "down" (towards you) to open options and select the Trashcan icon to delete the app. <br><br> • **Capture Image or Video**: Want to share what you're seeing? Hold down the Home button and tap the bumper to take a photo. To start recording video, while holding down **Home** hold down the bumper for a long tap - 300 milliseconds, to be precise. |
| | https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-quick-start (June 15, 2021) |

**US Patent No. 8,793,770**



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 4, 2021)

US Patent No. 8,793,770

| | |
|---|---|
| acquiring location information regarding a location at which the AR information is to be provided; | Magic Leap 1 acquires location information regarding a location at which AR information is to be provided. Magic Leap 1 does this by recognizing features about the current location of the user, including but are not limited to, surfaces, planes, objects, and walls as part of the Magic Leap World Mesh and/or Persistent Coordinate Frames systems it utilizes.

**Core Platform Features**

Digital Lightfield

Our lightfield photonics generate digital light at different depths and blend seamlessly with natural light to produce lifelike digital objects that coexist with the real world. This advanced technology allows our brain to naturally process digital objects the same way we do real-world objects, making it comfortable over long periods of time.

Lightpack

The robust sensor suite on Magic Leap 1 detects surfaces, planes, and objects, allowing for digital reconstruction of your physical surroundings. The result is a system that sees what you see, allowing lightfield objects to not only exist in the physical world but to interact with it. Whether it's virtual displays sitting alongside the computer monitor on your desk or a virtual panda that climbs across your living room couch, visual perception with machine learning unlocks the power of spatial computing.

Persistent Objects

Our visual perception and room-mapping technology builds a digital replica of your physical environment to detect and store the locations of walls, surfaces, and objects. With this mapping, lightfield objects stay where you put them as they would in real life. Place a virtual TV on the wall above your fireplace and when you return later the TV be where you left it.

Soundfield Audio

To seem real, it must sound real. Our soundfield audio mimics the real world and relays distance and intensity with amazing quality. This lets you hear where each sound comes from, so you'll know the proximity of a virtual T-Rex as it stomps up behind you.

High-powered Chipset

Our integrated processing unit delivers high-fidelity, gaming-quality graphics with the power and performance of a laptop computer. From editing an elaborate 3D model to playing a first-person shooter in your living room, Magic Leap 1 produces lightfield objects in intricate detail, all on a highly responsive, self-contained wearable.

Next Generation Interface

We live and think in a 3D world, not on a flat screen. Our spatial interface includes multiple input modes, including voice, control rays, gesture, headpose, and eye tracking. This collective input system provides the tools to break free from the outdated conventions of point and click interfaces, delivering a more natural and intuitive way to interact with technology.

https://developer.magicleap.com/en-us/learn/guides/magic-leap-one-overview (visited June 15, 2021) |

US Patent No. 8,793,770

Spatial computing is digital technology that interacts with us in the places we live, work and play. A spatial computer, like Magic Leap 1, knows where it is in space. It uses a variety of sensors and cameras to build an understanding of both its environment and its user. This enables immersive, mixed-reality experiences that seamlessly blend the digital and the real world.

When Magic Leap 1 is connected to the cloud, it allows users to share their digital maps and virtual experiences with each other, whether they are in the same room or opposite sides of the planet.

Giving digital content a sophisticated awareness of the user's physical and social worlds creates opportunities for never-before-possible experiences.

Mixed reality brings digital objects into the real world.

Digital content can lend more meaning and richness to the way people encounter and experience the real world.

Experiences respond to the world around you.

Digital artifacts recognize and interact with the real world, enabling new modes of storytelling paired with magical, immersive experiences. This allows data—labels, cues, and instructions—to be connected with real-world objects in fluid and compelling ways.

https://developer.magicleap.com/en-us/learn/guides/design-spatial-computing (visited June 15, 2021)

US Patent No. 8,793,770

**Shared World** The second set of technology – Shared World (Beta) – is related to mapping. For the best shared experiences in spatial computing or mixed reality, all users must have a common, 3D digital map of the world. This 3D digital map of the world is also the backbone of the Magicverse, enabling ubiquitous relocalization and persistency of content with pixel perfect registration wherever the user is. This map, that essentially digitizes reality, needs to be accurate, scalable, and constantly evolving – always improving in quality and adapting to the ever-changing nature of the environment (light, geometrical changes, etc).

This common, digital map of the world is built and updated by map merge algorithms. As users walk around the world with their spatial computing devices, they each generate environment mapping data. The data from all users who elect to use Shared World is ingested and produces a single digital map of the world. This common digital map continually updates and expands as new environment mapping data is received, ultimately resulting in a single 3D map that could cover an entire building and will evolve little-by-little to cover city blocks and entire towns. This spatial world map can be used by spatial computers and mixed or augmented reality devices from headsets to mobile phones, thereby enabling large scale, cross-platform mixed reality experiences.

Shared World (Beta) is being made available as an experimental feature in 0.95, and will be rolled out publicly in a future release. If you elect to use Shared World, each spatial map created from your device about a particular space will be saved and contributed to a collective map of that space stored in Magic Leap's cloud ecosystem. Shared World will enable various features including new ways to share content between devices, multi-user experiences, improved content persistence, and location-based experiences. For example, it will make the same PCFs (persistent coordinate frames), which are spatial anchors, accessible across different devices in the same space. The PCF API has been available through our SDK API since the launch of our product. You can learn more about what to expect from the Shared World (Beta) version here.

https://www.magicleap.com/en-us/news/product-updates/lumin-os-and-lumin-sdk-update (visited June 15, 2021)

US Patent No. 8,793,770

| | |
|---|---|
| | <br><br>https://developer.magicleap.com/en-us/learn/guides/world-reconstruction-overview-landing (visited June 4, 2021) |
| creating authorization information comprising a service identifier of a user authorized to use the AR information; | Magic Leap 1 creates authorization information comprising a service identifier of a user authorized to use the AR information.<br><br>By way of example only and without limitation, private app sharing is just one example of how Magic Leap 1 creates authorization information.<br><br>Because use of all Magic Leap apps require a Magic Leap ID, Plaintiff contends that public apps also create authorization information similar to what is done for private apps. |

US Patent No. 8,793,770

Additionally and in the alternative, Magic Leap 1 creates authorization information to identify which apps have been previously selected and/or placed by a user and to identify what content a user is permitted to view on apps such as the CNN app.



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

US Patent No. 8,793,770



### Highlights

Private apps let you:

- Share with a select audience of up to 50 recipients
- Fast-publish to provide frequent updates
- Download, install, and update on Magic Leap 1 with Magic Leap World

### Use Cases

Private apps help you:

- Distribute apps privately within your organization
- Share your apps with the press before public release
- Preview your app listings in the store before public release
- Beta release for sharing before public release

### Differences Between Private and Public Apps

The following table covers the differences between public and private apps:

| Public App | Private App |
|---|---|
| Available to anyone on Magic Leap World | Available to a private, limited audience |
| Free and paid apps | Only free apps |
| Requires **finished** assets | Can have **placeholder** assets |
| Full review process | Faster review process |

https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

US Patent No. 8,793,770

| | |
|---|---|
| | **Requirements**<br><br>Here are a few key requirements to keep in mind for building private apps:<br><br>• Include a Diorama<br>• Include a Portal Icon<br>• Provide a unique Package ID (e.g. com.yourcompany.yourapp) that cannot be the same as the Package ID of a public app<br>• Accept all terms and conditions of the Publisher Registration Agreement, Content Guidelines, etc.<br><br>**Note**: You can create both public and private versions of your app. This lets you use the private version for development and more broadly release the public version. For example, you can create both a private and public app named "Create". In this case, we would suggest differentiating the private and public apps with different icons or names in the **Icon Grid** to avoid confusing users who have both apps installed.<br><br>**Public and Private Releases of the Same App**<br><br>Private apps can't be changed to public apps. You can, however, create a separate public app and share your assets between them with the following caveats:<br><br>• Each app must have a unique Package ID<br>• Each app must have unique material names for the Portal Icon<br>• Each app must be signed using a different certificate<br><br>https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021) |

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

**US Patent No. 8,793,770**



https://world.magicleap.com/en-us/details/com.extality.cnn.screensapp (visited June 2, 2021)

US Patent No. 8,793,770



https://www.magicleap.com/en-us (visited June 15, 2021)

| creating attribute information comprising the AR information, the location information, and the authorization information for the AR information; and | Magic Leap 1 creates attribute information comprising the AR information, the location information, and the authorization information for the AR information.<br><br>As noted above, Magic Leap 1 knows where it is in space and recognizes its surroundings based in part on its world reconstruction and other systems identified above.<br><br>As further noted above, Magic Leap 1 creates attribute information comprising at least in part authorization information based at least in part on the Magic Leap ID of a user that identifies a user in connection with a public or private app, and in connection with specific apps of the public or private apps available. Similarly, Magic Leap 1 identifies a user as authorized to use and receive AR information within various enterprise apps. |
| --- | --- |

US Patent No. 8,793,770

| | Examples of Magic Leap 1's creation of attribute information is demonstrated by its use of immersive apps and landscape apps that are tied to specific users and specific environments.<br><br><br><br>https://developer.magicleap.com/en-us/learn/guides/design-using-luminos (visited June 15, 2021) |
| --- | --- |

US Patent No. 8,793,770

## Immersive Apps

Written for all engines | Last updated: July 18, 2018

**Immersive Apps are a class of experiences that render one-at-a-time and are separate from the Landscape experience.**

When an Immersive App is launched within Magic Leap 1, any Landscape Apps are suspended and hidden. This allows Immersive Apps to have more flexibility, making them an ideal choice for spatialized and resource-heavy experiences.

We encourage utilizing the Landscape's interaction and input recommendations to create a consistent and learnable UX as the user moves between environments. From any Immersive App, a user must return to the Landscape to launch another app.

## Example



Dr. Grordbort's Immersive App

https://developer.magicleap.com/en-us/learn/guides/design-immersive-apps (visited June 15, 2021)

US Patent No. 8,793,770

## Landscape Design

Written for Lumin Runtime (v0.0.0)  |  Last updated: May 20, 2019

**The Landscape blends your most important digital content with your physical space. It's the canvas for spatial computing in the real world.**

In the Landscape, users can customize their environment and create a seamless experience between the digital and physical world. Applications can co-exist, persist between sessions, and become a part of the environment that a user experiences by default.

### Features

#### Persistent Apps

With persistently-placed content, users can access their apps directly and can create a fluid multi-app experience. See Persistence.

#### Object Manipulation

Users can manipulate and interact with apps and 3D objects in their physical space. Each app can be moved, rotated, and scaled separately as needed. See Manipulation.

#### Multitasking

Allowing users to multitask between app instances in the Landscape is extremely important. Subsequently, providing clear controls for the user to manipulate, drill-in, and back-out of their apps is essential.

The controls in the Landscape will quickly become second nature to users. They will learn to look around, target and move/manipulate, and interact with different apps and objects.

#### Shared Experiences

All Landscape Apps have the default capability to be shared with other Magic Leap 1 users. Through Casting, users can experience the same digital content at the same time across different devices.

https://developer.magicleap.com/en-us/learn/guides/design-landscape (visited June 15, 2021)

**US Patent No. 8,793,770**

| transmitting the attribute information to an AR system to request the AR system to register the attribute information, | Magic Leap 1 and Magic Leap transmit the attribute information to an AR system to request the AR system to register the attribute information. Magic Leap 1 accomplishes this in several different, nonexclusive ways.<br><br>As noted above, apps can be published for private or public release. Additionally, Magic Leap 1 users can install and utilize apps and can place persistent content throughout their physical environment.<br><br>When a user selects an app, places content, or engages in similar activity, they are transmitting attribute information to an AR system to request the AR system register the attribute information. This and similar functionality ties apps to specific users across sessions, re-boots, and/or devices. |
| --- | --- |

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

US Patent No. 8,793,770

<table>
<tr>
<td></td>
<td>
**Magic Leap ID Overview**

1 month ago · Updated

Your Magic Leap ID acts as your single login across all Magic Leap properties and services. Your Magic Leap ID will help you keep track of your Magic Leap device purchases.

https://www.magicleap.care/hc/en-us/articles/360008653252-Magic-Leap-ID-Overview (visited June 15, 2021)
</td>
</tr>
<tr>
<td>wherein the creating authorization information further comprises:</td>
<td>The creation of the authorization information as discussed above, further comprises the following steps.</td>
</tr>
<tr>
<td>registering the service identifier (ID) for providing AR information to a terminal authorized by the service ID,</td>
<td>When a user selects an app, places content, or engages in similar activity, they are registering their service identifier for providing AR information to a terminal authorized by the service ID. For example, only and without limitation, this allows a user to see the apps they have previously selected when they log in to a Magic Leap 1.

By way of further alternative example and without limitation, by creating a distribution lists and identifying users of a private app, registers the service identifier for providing AR information to a terminal authorized by a service ID. This allows those users to see, access, and/or download the private app to their Magic Leap 1.

Similarly and in the alternative, the selection of an app by a user and its persistence in the users' world mesh registers the app to the user and the service identifier as required by this element..

Similarly and in the alternative, sharing AR information by enterprise users, shared world (beta) users, and users of similar systems or applications registers the service identifier as required by this element.</td>
</tr>
</table>

US Patent No. 8,793,770

| | |
|---|---|
| determining whether the AR information is to be provided to all users or only to designated users, and | By way of example only and without limitation, private app sharing is just one example of how Magic Leap 1 determines whether the AR information is to be provided to all users or only to designated users.<br><br>An additional example and in the alternative, Plaintiff contends that Magic Leap 1 utilizes, at least in part, a Magic Leap ID to determine whether the AR information is to be provided to all users or only to designated users.<br><br>Similarly and in the alternative, certain public apps such as the CNN app, enterprise apps, shared world (beta), and other similarly functioning apps determine whether the information is to be provided to all users or only designated users.<br><br>As an additional example and in the alternative, Plaintiff contends that Magic Leap casting also determines whether the AR information is to be provided to all users or only to designated users.<br><br><br><br>https://developer.magicleap.com/en-us/learn/guides/design-casting (visited June 15, 2021). |

US Patent No. 8,793,770



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

US Patent No. 8,793,770

**Highlights**

Private apps let you:

- Share with a select audience of up to 50 recipients
- Fast-publish to provide frequent updates
- Download, install, and update on Magic Leap 1 with Magic Leap World

**Use Cases**

Private apps help you:

- Distribute apps privately within your organization
- Share your apps with the press before public release
- Preview your app listings in the store before public release
- Beta release for sharing before public release

**Differences Between Private and Public Apps**

The following table covers the differences between public and private apps:

| Public App | Private App |
|---|---|
| Available to anyone on Magic Leap World | Available to a private, limited audience |
| Free and paid apps | Only free apps |
| Requires **finished** assets | Can have **placeholder** assets |
| Full review process | Faster review process |

https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)

| | |
|---|---|
| setting the AR information to be provided to terminals of all users if the AR information is to be provided to all users, | As described above, Public Apps are available to anyone on Magic Leap World, and therefore set the AR information to be provided to terminals of all users. |

US Patent No. 8,793,770



US Patent No. 8,793,770

| | |
|---|---|
| and if the AR information is to be provided only to designated users, setting the AR information to be provided to terminals of users having service IDs belonging to a defined group among service IDs registered in the AR system. | As described above, AR information is provided to designated users based at least in part on the user's Magic Leap ID.<br><br>For example, a private app allows AR information to be provided only to designated users as identified by the publisher making such designated users a defined group among those registered in the AR system.<br><br>Further and in the alternative, users who have downloaded and/or installed public apps become designated users having service IDs belonging to a defined group among service IDs registered in the AR system.<br><br>Similarly and in the alternative, certain public apps such as the CNN app, enterprise apps, shared world (beta), casting, and other similarly functioning apps determine whether the information is to be provided to all users or only designated users.<br><br>These and other similarly functioning apps set the AR information to be provided only to Magic Leap 1 devices of users having service IDs belonging to a defined group—e.g., the group authorized to utilize the AR information—among the service IDs registered in the Magic Leap system. |

**US Patent No. 8,793,770**



https://developer.magicleap.com/en-us/learn/guides/private-app-sharing (visited June 15, 2021)